UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20645-MC-LENARD/GARBER

FUNAI ELECTRIC COMPANY, LTD.,

    Plaintiff,

v.

DAEWOO ELECTRONICS
CORPORATION (DEC), DAEWOO
ELECTRONICS AMERICA, INC.
(DEAM),

    Defendants.
_____/

## ORDER DIRECTING CLERK OF COURT TO RELEASE FUNDS

THIS CAUSE is before the Court on plaintiff Funai Electronic Company, Ltd.'s Motion for the Release of Funds to Partially Satisfy Judgment [DE 54], defendants Daewoo Electronics Corporation and Daewoo Electronics America, Inc.'s "Reply" [DE 57] and plaintiff's Reply [DE 58]. Having reviewed the Court file, the Court hereby

ORDERS THAT:

1.    The plaintiff's Motion is GRANTED.

2.    The Clerk of this Court shall prepare a check made payable to Funai Electric Company, Ltd. in the amount of $12,461,900.44 to satisfy the Corrected Final Judgment and Permanent Injunction against defendants Daewoo Electronics Corporation ("DEC") and Daewoo Electronics America, Inc. ("DEAM") entered by the United States District Court for the Northern District of California on February 13, 2009, including the related post-judgment

orders and post-judgment interest amounts, but without prejudice to Funai's rights to seek any additional attorneys' fees, expenses, and costs which Funai might hereafter be awarded by the United States District Court for the Northern District of California in further proceedings following the Federal Circuit's ruling relating to DEAM's liability as the successor to Daewoo Electronics Corporation of America, Inc. ("DECA").  Without prejudice to Funai's rights with respect to collection of the full amount of the default judgment and any related awards against Daewoo Electronics Company, LTD. ("DECL") and DECA, entered by the United States District Court for the Northern District of California on October 7, 2005, the remaining balance of the funds, $2,011,208.31 in addition to any accrued interest, shall continue to be held by this Court for the benefit of any awards in favor of Funai in further proceedings following the Federal Circuit's ruling relating to DEAM's liability as the successor to DECA.  Once the check is ready, the Clerk shall promptly contact counsel for Funai, Christopher J.M. Collings, at 305.415.3425 so that he may have a courier pick up the check.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of October, 2010.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE